SOPHIA WAIDELICH, as Administratrix of the Estate of KONRAD WAIDELICH, Deceased, Respondent, *v.* ELLA F. BURNHAM, Appellant.

*Waidelich* v. *Burnham*, 134 App. Div. 963, appeal dismissed.
(Argued January 10, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment entered November 16, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict upon plaintiff stipulating to a reduction of the same in her action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the appeal.

*Otto Horwitz* for motion.

*Louis Lowenstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.